Same case below, 373 Fed. Appx. 907.

■

**No. 10-295. James B. Veasaw, Petitioner v. United States, et al.**

562 U.S. 964, 131 S. Ct. 480, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8062, ■

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 361 Fed. Appx. 628.

■

**No. 10-296. Patrice Harris, Petitioner v. Homecoming Financial Services, Inc./Bank One, et al.**

562 U.S. 964, 131 S. Ct. 481, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8044.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 377 Fed. Appx. 240.

■

**No. 10-303. Peter John Lamana, Petitioner v. Pennsylvania.**

562 U.S. 964, 131 S. Ct. 481, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8111.

October 12, 2010. Petition for writ of certiorari to the Superior Court of Pennsylvania, Harrisburg Office, denied.

Same case below, 988 A.2d 723.

■

**No. 10-307. Jose Melendrez, Jr., Petitioner v. Samuel Fred Biery, Judge, United States District Court for the Western District of Texas, et al.**

562 U.S. 964, 131 S. Ct. 498, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8070, ■

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

■

**No. 10-310. Glen Broemer, Petitioner v. Commissioner of Internal Revenue.**

562 U.S. 964, 131 S. Ct. 482, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 7935.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

■

**No. 10-316. Robert J. Gagalis, Petitioner v. United States.**

562 U.S. 964, 131 S. Ct. 482, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 8002.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

■

**No. 10-5124. David Eugene Johnston, Petitioner v. Florida.**

562 U.S. 964, 131 S. Ct. 459, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 7932.

October 12, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 27 So. 3d 11.

■

**No. 10-5282. Jerry L. Maske, Petitioner v. Valerie Estrada, et al.**

562 U.S. 964, 131 S. Ct. 459, 178 L. Ed. 2d 292, 2010 U.S. LEXIS 7926.

October 12, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.